UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL HEMINGWAY, | No. 2:17-cv-01792-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CDCR, | |
| Defendant. | |

The Court is in receipt of Plaintiff's Statement re Order Adopting Findings and Recommendations, which the Court construes as a Motion for Reconsideration. The Statement/Motion (ECF No. 14) is DENIED.

IT IS SO ORDERED.

Dated: November 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE